## DAILY *v.* STATE, EX REL. BIGLER, AUDITOR OF STATE.

[No. 6,263.   Filed December 12, 1908.]

From Boone Circuit Court; *Samuel R. Artman,* Judge.

Action by the State of Indiana, on the relation of Warren Bigler, Auditor of State of the State of Indiana, against Americus C. Daily. From a judgment for plaintiff, defendant appeals. *Transferred to the Supreme Court.* (See 171 Ind. —.)

*Terhune & Adney* and *Miller, Shirley & Miller,* for appellant.
*Charles W. Miller,* Attorney-General, *H. M. Dowling* and *W. C. Geake,* for appellee.

PER CURIAM.—This cause being submitted to the entire court, and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under section fifteen of the act approved March 12, 1901 (Acts 1901, p. 565, §1399 Burns 1908).